KSC
AO 106 (Rev. 04/10) Application for a Search Warrant
Case 1:13-mj-00431-TJS   Document 2   Filed 02/28/13   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.     **13-0431 TJS**
CRAIG GARNETTE MARTIN )
(DOB: 10/4/1972; SSN ENDING 1297; )
FBI NO. 493672MA4) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
CRAIG GARNETTE MARTIN
(DOB: 10/4/1972; SSN ENDING 1297;
FBI NO. 493672MA4)
located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva samples for DNA evidence comparison. (See Attached Affidavit)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of ammunition by a prohibited person |
| 21 U.S.C. § 841(a) | Possession with the intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Craig Streett, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 28, 2013
         2:00 pm

*Judge's signature*

City and state: Baltimore, Maryland                    The Honorable Timothy J. Sullivan, US Magistrate
*Printed name and title*